UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDUARDO DE MELO,

Plaintiff,

-against-

AZIM LUXURY TRAVELS, INC., et al.,

Defendants.

25-CV-8125 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

As a part of the Court's FLSA Pilot Program, this case was referred to the Court-annexed Mediation Program. ECF No. 11. In the event that the parties did not reach a settlement, however, the Mediation Referral Order also directed the parties to, within two weeks of the mediation, promptly meet and confer pursuant to Fed. R. Civ. P. 26(f) and file a joint letter and proposed case management plan in preparation for their initial pretrial conference with the Court. *Id.* The parties held a mediation conference on November 19, 2025; however, the Court has not yet received notice of the outcome of that conference.

Still, Defendant Capricorn Limousine Service, Inc. filed a motion to dismiss. ECF No. 18. And Plaintiff has filed a motion to dismiss the counter-claims made by Defendant Azim Luxury Travels, Inc. in its answer. ECF Nos. 15, 17. It appears, therefore, that mediation was unsuccessful. The parties are thus ORDERED to promptly meet and confer pursuant to Fed. R. Civ. P. 26(f) and file a joint letter and proposed case management plan in preparation for their initial pretrial conference with the Court, as directed in the Mediation Referral Order. *See* ECF No. 11.

The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is also available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke. The joint letter shall not exceed five pages, and shall provide the following information in separate paragraphs:

(1) A statement indicating whether the parties believe they can do without an initial pretrial conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear;

(2) A brief statement of the nature of the action and the principal defenses, and the major legal and factual issues that are most important to resolving the case, whether by trial, settlement or dispositive motion;

(3) A brief description of any outstanding motions; and

(4) Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

The joint letter and proposed case management plan shall be filed no later than **January 5, 2026.**

Dated:  December 23, 2025
        New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge