UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDUARDO DE MELO,

                              Plaintiff,

              -against-

AZIM LUXURY TRAVELS, INC. and
CAPRICORN LIMOUSINE SERVICE, INC.,

                              Defendants.

25-CV-8125 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Having reviewed the parties' submissions regarding Defendant Capricorn Limousine Service's ("Capricorn") motion to stay (ECF Nos. 22, 27), the Court denies the stay. Although the Court declines to weigh in on the merits of Capricorn's motion to dismiss at this time, it is well-settled that a motion to dismiss does not automatically stay discovery. *Republic of Turkey v. Christie's, Inc.*, 316 F. Supp. 3d 675, 677 (S.D.N.Y. 2018) (quoting *Hong Leong Fin. Ltd. (Singapore) v. Pinnacle Performance Ltd.*, 297 F.R.D. 69, 72 (S.D.N.Y. 2013)); *see also Khan v. New York City*, 757 F. Supp. 3d 327, 334 (E.D.N.Y. 2024). Furthermore, Defendant Capricorn has failed to demonstrate how discovery is likely to be burdensome in this single-plaintiff, wage-and-hour case. Lastly, Plaintiff has articulated viable prejudice here regarding how a delay impacts his basic livelihood. ECF No. 27 at 3. Accordingly, the Court denies the requested stay and will enter the parties' proposed Case Management Plan in a separate order.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 22.

Dated:  January 12, 2026
        White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge