UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDUARDO DE MELO,

                  Plaintiff,

-against-

AZIM LUXURY TRAVELS INC., alias,
CAPRICORN LIMOUSINE SERVICE, INC., alias,

                  Defendants.

25-CV-8125 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

      The Court has reviewed the parties' joint motion to approve their settlement agreement. ECF No. 34. Plaintiff's counsel is DIRECTED to provide their fee records to justify the lodestar they assert in the motion by **April 15, 2026**. *See id.* at 12.

      Further, it is hereby ORDERED that all parties appear for a conference with the Court on April 22, 2026, at 11:00 a.m. The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 641155103#. The parties should be prepared to discuss their joint motion.

Dated:  April 8, 2026
        New York, New York

                              SO ORDERED.

                              *Jessica Clarke*

                              JESSICA G. L. CLARKE
                              United States District Judge