UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDUARDO DE MELO,

                Plaintiff,

      -against-

AZIM LUXURY TRAVELS, INC. and
CAPRICORN LIMOUSINE SERVICE, INC.,

               Defendants.

25-CV-8125 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

For the reasons stated on the record at today's conference, the Court APPROVES the parties' proposed settlement agreement. The Court is administratively closing the case but will retain jurisdiction until the final installment payment is made. The parties are DIRECTED to file a stipulation of dismissal with prejudice within one week of final payment.

The Clerk of Court is directed to terminate ECF Nos. 17, 18, and 34, and CLOSE the case.

Dated: April 22, 2026
      New York, New York

                            SO ORDERED.

                            *Jessica Clarke*

                            JESSICA G. L. CLARKE
                            United States District Judge